Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
Zachary Horwitz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>Defendant. | Case No. 2:21-MJ-01631<br><br>***EX PARTE* APPLICATION FOR PERMISSION TO SELL ASSETS AND DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT**<br><br>Magistrate Judge Jean P. Rosenbluth |

**EX PARTE APPLICATION FOR PERMISSION TO SELL ASSETS AND DEPOSIT NET PROCEEDS OF THE SALE OF ASSETS WITH REGISTRY OF THE COURT**

By this Ex Parte Application, Defendant Zachary Horwitz ("Horwitz") hereby requests emergency relief from the Court for an Order permitting the sale of Horwitz's home located at 9615 Bolton Road, Los Angeles, CA 90034 (the "Bolton Road House") with the net proceeds of the sale of the property to be deposited into the Court Registry Investment System ("CRIS").

At the outset Horwitz notes that he is proceeding with the paperwork for his release from federal custody. Horwitz respectfully views the sale of the Bolton Road House as a separate issue that does not warrant delaying his pursuit of his release, pending the Court's review of his satisfaction of the terms of the bond.

In a separate proceeding brought by the Securities and Exchange

Commission ("SEC") against Horwitz, United States District Judge Christina A. Snyder issued an order permitting the sale of the Bolton Road House[1] and directing the net proceeds from the sale of the Bolton Road House, estimated to be $1,417,517.16 to be deposited with the CRIS. See Declaration of Nathaniel Wright ("Wright Decl.") at ¶ 2, **Exhibit A** at 6.

The SEC's Joint *Ex Parte* Application before Judge Snyder further details the asset and the basis for permitting the sale. See Wright Decl. at ¶ 3, **Exhibit B**. As of this time, the Bolton Road House is in escrow with the closing date originally set for April 21, 2021. *Id.* **Exhibit B** at 9, 16. A new closing date has yet to be determined and will not be scheduled pending this Court's permission. The buyer for the Bolton Road House is willing to continue with the purchase of the home and has offered $5,930,000 for the property. *Id.* **Exhibit B** at 9, 16. The Bolton Road House was appraised on January 22, 2020 in connection with a refinance at $5,850,000, making the offer price $80,000 more than the third party appraisal. *Id.* **Exhibit B** at 10, 16. The estimated net proceeds from the sale of the Bolton Road House will be $1,417,517.16. *Id.* **Exhibit B** at 10, 16.

As of this time, Horwitz and his wife, Mallory Horwitz, have vacated the Bolton Road House but continue to be responsible for making mortgage payments and paying for ongoing upkeep and repair. *Id.* **Exhibit B** at 10, 69. The last mortgage payment was made on April 2, 2021. *Id.* **Exhibit B** at 10, 69. Mallory Horwitz does not have the financial means to continue to make the monthly mortgage payments or to pay for the general upkeep and maintenance on the Bolton Road House. *Id.* **Exhibit B** at 69.

The parties to the transaction are waiting for the Court's permission to schedule a closing and proceed with the sale of real property that is in escrow. The

---

[1] Judge Snyder previously issued an Order freezing Horwitz's assets, but modified that prior Order to release the Bolton Road House from the asset freeze for the limited purpose of allowing it to be sold.

SEC has obtained approval from the Court to allow the sale to proceed expeditiously not withstanding an asset freeze in order to maximize the value of the asset and to avoid dissipation in the value .

Pursuant to the Court's Order Setting the Conditions of Release, Horwitz is directed not to sell, transfer, or give away any asset valued at $10,000 or more without notifying and obtaining permission from the Court.  (ECF No. 6-1 at 2).

Pursuant to Local Rule 7-19.1, counsel for Horwitz conferred with counsel for the United States regarding this *Ex Parte* Application.  Counsel for the United States indicated that the United States does not object to the Court granting permission for the sale.  Wright Decl. at ¶¶ 4-5.

WHEREFORE, Horwitz respectfully requests that the Court enter the attached Order granting permission for the sale of the Bolton Road House.

Dated:          April 23, 2021                    VEDDER PRICE (CA), LLP


By: /s/ Anthony Pacheco
Anthony Pacheco
Ryan S. Hedges

Attorneys for Defendant
Zachary Horwitz

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                        /s/ Anthony Pacheco
                                        Anthony Pacheco