Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
Zachary Horwitz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY JOSEPH HORWITZ, <br><br> Defendant. | Case No. 2:21-MJ-01631 <br><br> **DEFENDANT ZACHARY HORWITZ'S UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL TO PURCHASE AND USE A LAPTOP COMPUTER WITH SOFTWARE DISABLING INTERNET ACCESS** <br><br> *[Filed concurrently with Declaration of Ryan S. Hedges]* <br><br> Magistrate Judge Jean P. Rosenbluth |

Defendant Zachary Horwitz ("Horwitz") hereby applies, *ex parte* and unopposed, for an order granting permission to Horwitz to purchase a laptop computer, on which internet-disabling software will be installed, so that Horwitz may review discovery materials in this matter.

This Court's Order setting conditions of release (ECF No. 19) restricted Horwitz to using only one device with internet access and allowing pretrial services to search that device at will. ECF No. 19 at 3. Horwitz is currently using one smartphone that is set up for remote monitoring by pretrial services.

Horwitz needs to purchase a laptop computer for use in reviewing the discovery materials in this matter. Consistent with the conditions of release

imposed, Horwitz proposed to pretrial services that he purchase a laptop computer and provide it to his counsel to load discovery materials and to coordinate the installation of internet-disabling software that will prevent Horwitz from accessing the internet on that device.  The internet-disabling software will have a password or other lock-out feature to prevent the laptop computer from connecting to the internet, which will not be shared with Horwitz.  Pretrial services will be able to search the laptop computer at will.  Pretrial services has no objection to this arrangement, so long as it is approved by the Court.

    Counsel for Horwitz conferred with counsel for the United States regarding the relief sought in this *ex parte* application and counsel for the United States stated that the United States does not oppose the requested relief.  *See* Declaration of Ryan S. Hedges at ¶¶ 2-3.

    WHEREFORE, Horwitz respectfully requests that the Court grant permission to Horwitz to purchase a laptop computer, on which internet-disabling software will be installed, in order to review discovery materials in this matter.

Dated:       May 3, 2021                    VEDDER PRICE (CA), LLP


By:  /s/ Anthony Pacheco
     Anthony Pacheco
     Ryan S. Hedges

Attorneys for Defendant
Zachary Horwitz

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE