Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant
Zachary Horwitz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>Defendant. | Case No. 2:21-MJ-01631<br><br>**ORDER ON DEFENDANT ZACHARY HORWITZ'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO PURCHASE AND USE A LAPTOP COMPUTER WITH SOFTWARE DISABLING INTERNET ACCESS**<br><br>Magistrate Judge Jean P. Rosenbluth |

This matter is before the Court on Defendant Zachary Horwitz's ("Horwitz") *Ex Parte* Application for Permission to Purchase and Use a Laptop Computer with Software Disabling Internet Access. Plaintiff United States does not oppose this Application. Based on the *ex parte* application and related documents, the Court hereby GRANTS Horwitz' Application as follows:

//
//
//
//
//
//

1. Approval is granted to Horwitz to purchase a laptop computer and provide it to counsel to load discovery materials and to coordinate the installation of internet-disabling software that will prevent Horwitz from accessing the internet on that device; and

2. The internet-disabling software will have a password or other lock-out feature to prevent the laptop computer from connecting to the internet, which will not be shared with Horwitz; and

3. Pretrial services will be able to search the laptop computer at will.

4. Defendant may not take possession of the laptop at any time, including when he purchases it, until the Internet-disabling software has been installed and Pretrial Services has approved its use

IT IS SO ORDERED.

Dated: May 3, 2021          By: /s/ Jean Rosenbluth
                            HON JEAN P. ROSENBLUTH
                            UNITED STATES MAGISTRATE JUDGE