Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendant
Zachary Horwitz

**FILED**
CLERK, U.S. DISTRICT COURT

5/11/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ bm _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR21-0214-MCS |
| Plaintiff, | **ORDER ON DEFENDANT ZACHARY HORWITZ'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL  PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| ZACHARY JOSEPH HORWITZ, | |
| Defendant. | |
| | Magistrate Judge Jean P. Rosenbluth |

Defendant Zachary Horwitz ("Horwitz"), having applied for an order granting leave to file an *ex parte* application under seal and good cause appearing thereon, hereby GRANTS Horwitz's Application.

IT IS HEREBY ORDERED that the following documents to be filed in this action be sealed:

1    (1) Horwitz's Unopposed Ex Parte Application to Place Under Seal Certain

2         Personal Identifiable Information in Documents Filed in the Matter

3         Pursuant to Local Rule 79-5;

4    (2) Horwitz's Proposed Order on Horwitz's Unopposed Ex Parte Application

5         to Place Under Seal Certain Personal Identifiable Information in

6         Documents Filed in the Matter Pursuant to Local Rule 79-5;

7    (3) The following documents that will be filed in redacted form as part of

8         Horwitz's Unopposed Ex Parte Application to Place Under Seal Certain

9         Personal Identifiable Information in Documents Filed in the Matter

10        Pursuant to Local Rule 79-5;

11             (a) a redacted version of ECF No. 19_0.

12             (b) a redacted version of ECF No. 20_0.

13   IT IS FURTHER ORDERED that the documents identified above remain

14   sealed.

15   IT IS SO ORDERED.

16

17   Dated:        May 11, 2021              By: _____

18                                               HON JEAN P. ROSENBLUTH

19                                               UNITED STATES MAGISTRATE
                                                 JUDGE
20

21

22

23

24

25

26

27

28