TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
DAVID H. CHAO (Cal. Bar. No. 273953)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/4586
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov
                david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
|---|---|
| Plaintiff, | JOINT REPORT REGARDING DISCOVERY |
| v. | Trial Date:  June 29, 2021<br>Trial Time:  8:30 a.m. |
| ZACHARY JOSEPH HORWITZ,<br>   aka "Zach Avery," | Location:   Courtroom of the<br>            Hon. Mark C. Scarsi |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys ("AUSA") Alexander Schwab and David H. Chao, and defendant ZACHARY JOSEPH HORWITZ ("defendant"), through his counsel of record, Anthony Pacheco and Ryan Hedges, hereby respectfully submit this Joint Report as required by the Court's Initial Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi (the "Court's Order"). The parties report the following:

1. On May 26, 2021, counsel for both parties conferred telephonically to discuss the Court's Order and this Joint Report.

2. **Status of Discovery:** The government made its initial production of discovery on May 20, 2021. The Court entered a stipulated protective order on May 26, 2021, and the government anticipates making a production of materials subject to the protective order on or before May 28, 2021. The government will continue to produce discovery consistent with its obligations as it becomes available, such as additional information from witnesses and/or the search of digital devices seized on April 6, 2021 pursuant to a search warrant.

3. **Discovery Disputes:** At this time, there are no contested matters as to the discovery produced thus far. Both parties reserve the right to raise any disputes and/or request additional discovery under the Federal Rules of Criminal Procedure, relevant statutes, and case law.

4. **Anticipated Motions:** The defense anticipates that it will file motions, but needs time to review discovery before it can formulate the bases for the motions. Both parties reserve the right to file motions in accordance with the applicable Federal Rules of Criminal Procedure and local rules.

//

//

//

5. **Trial date**: At this time, the parties do not expect to proceed to trial on the current trial date of June 29, 2021. The parties intend to file a stipulation and proposed order to continue the trial pursuant to the Speedy Trial Act.

6. **Trial length**: At this time, the parties anticipate that trial in this matter will take approximately three court weeks.

Dated: May 27, 2021            Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


 /s/
ALEXANDER B. SCHWAB
DAVID H. CHAO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 27, 2021             /s/ per e-mail authorization
ANTHONY PACHECO
RYAN HEDGES

Attorney for Defendant
ZACHARY JOSEPH HORWITZ