TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/4586
     Facsimile: (213) 894-0141
     E-mail:   alexander.schwab@usdoj.gov
               david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
| Plaintiff, | GOVERNMENT'S OBJECTION TO PRESENCE REPORT |
| v. | Hearing Date: 01-03-2022 |
| ZACHARY JOSEPH HORWITZ, | Hearing Time: 3:00 p.m. |
| Defendant. | Location:    Courtroom of the Hon. Mark C. Scarsi |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Alexander B. Schwab

and David H. Chao, hereby files its objection to the presence

report ("PSR").

    This objection is based upon the attached memorandum of points

//

//

and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: December 6, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

         /s/
_____
ALEXANDER B. SCHWAB
DAVID H. CHAO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

The government objects to paragraph 49 of the PSR on the ground that, by the time of sentencing, the government anticipates the evidence will prove that defendant Zachary Joseph Horwitz caused substantial financial hardship to 25 or more victims, which would increase his total offense level by another two levels.  See USSG § 2B1.1(b)(2)(C).

Defendant faces sentencing for a securities fraud scheme in which he inflicted losses of more than $230 million related to the issuance of promissory notes to five investor groups.  Each of these investment groups comprised various principals who in turn derived much of their investment funds from a host of sub-investors who wished to invest with defendant.  Under the plea agreement, the parties stipulated that defendant caused substantial financial hardship to five or more victims under USSG § 2B1.1(b)(2)(B).  (CR 12, at 13).  The government expressly reserved, however, "the right to argue that defendant's offense and relevant conduct resulted in substantial financial hardship to 25 or more victims."  (Id.).

The government is still in the process of receiving victim impact statements from additional victims who suffered severe, life-changing consequences from defendant's Ponzi scheme.  Some such victims are already referenced in the PSR.  (PSR ¶¶ 32-35, at 8).  The government appreciates the work the Probation Office has done to date in constructing the PSR and calculating the applicable guideline range and fully anticipates that it will revise the PSR to account for additional information it receives.  The government nevertheless files this objection both to flag the issue and to ensure the

government's right to argue for an adjustment under § 2B1.1(b)(2)(C) is preserved.