Anthony Pacheco, Bar No. 128277
apacheco@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
Maura Riley, Bar No. 319826
mriley@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-00214-MCS-1 |
| Plaintiff, | **DEFENDANT ZACHARY JOSEPH HORWITZ'S *EX PARTE* APPLICATION FOR AN ORDER TO EXCEED THE PAGE LIMITATION FOR DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| ZACHARY JOSEPH HORWITZ, | |
| Defendant. | |
| | [*Filed Concurrently with Declaration of Anthony Pacheco; (Proposed) Order*] |
| | Honorable Mark C. Scarsi |
| | Sentencing Papers Due: Jan. 31, 2022<br>Sentencing Date:      Feb. 14, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CR-00214-MCS-1

- 1 -

DEFENDANT'S EX PARTE APPLICATION
FOR ORDER TO EXCEED PAGE LIMIT

VP/#54552401.2

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Zachary Joseph Horwitz ("Mr. Horwitz") hereby applies *ex parte* for an order permitting Mr. Horwitz to exceed the 25 page limitation for Defendant's Sentencing Memorandum ("Memorandum") as set forth by Local Rule 11-6.

Defendant's Memorandum is presently due on Monday, January 31, 2022. Good cause exists for granting Defendant's *ex parte* application (the "Application") because Mr. Horwitz cannot adequately brief the complex factual issues of this case, along with his substantive arguments, in less than 25 pages. Without this page extension, Mr. Horwitz would be unduly prejudiced because he will not be able adequately to explain the legal and factual basis supporting the Memorandum. Accordingly, Mr. Horwitz respectfully requests that the Court grant an Order extending the page limit for Defendant's Memorandum to 40 pages.

In accordance with Local Rule 7-19, the contact information for counsel for the government is as follows:

> Alexander B. Schwab
> Assistant United States Attorney
> 1100 United States Courthouse
> Los Angeles, CA 90012
> 213.894.1259
> Alexander.Schwab@usdoj.gov

Defendant's counsel provided proper notice of this Application pursuant to L.R. 7-19.1 on January 26, 2022 by advising AUSA Schwab that Defendant intended to move this Court *ex parte* for an order permitting Mr. Horwitz to exceed the 25 page limit for Defendant's Memorandum. Declaration of Anthony Pacheco ("Pacheco Decl."). AUSA Schwab advised that he would not take a position regarding this Application and will not file an opposition.

This *ex parte* application is based upon the Application, the accompanying

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CR-00214-MCS-1

- 2 -

DEFENDANT'S EX PARTE APPLICATION
FOR ORDER TO EXCEED PAGE LIMIT

VP/#54552401.2

memorandum of points and authorities set forth below, the Declaration of Anthony Pacheco filed concurrently herewith, the pleadings and papers on file in this action and such other and further evidence and argument that may be presented to the Court prior to or at the hearing on this Application.

Dated: January 27, 2022            VEDDER PRICE (CA), LLP

By: /s/ Anthony Pacheco
    Anthony Pacheco
    Ryan S. Hedges
    Maura Riley

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CR-00214-MCS-1

- 3 -

DEFENDANT'S EX PARTE APPLICATION
FOR ORDER TO EXCEED PAGE LIMIT

VP/#54552401.2

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Local Rule 11-6 for the Central District of California provides that memoranda of points and authorities, pre-trial briefs, trial briefs and post-trial briefs shall not exceed 25 pages in length. However, Local Rule 11-6 allows this Court to issue Orders extending these page limits for good cause.

## II. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION OF THE PAGE LIMIT

Good cause exists for this Court to issue an order granting Defendant Zachary Joseph Horwitz's ("Mr. Horwitz") *ex parte* application and allowing Mr. Horwitz's Sentencing Memorandum (the "Memorandum") to be up to 40 pages in length.

In order for Mr. Horwitz to persuasively present his argument as to what constitutes an appropriate sentence, he will require more than the twenty-five (25) page limit set by Local Rule 11-6. Defendant's Memorandum will include a Preliminary Statement, a Factual Background that describes Mr. Horwitz's personal history and characteristics, Nature of the Offense, and Remediation Efforts that the Court should consider in crafting his sentence, as well as a legal Argument section explaining why the facts and circumstances of this case support multiple downward variances under the Sentencing Guidelines and why consideration of the sentencing factors support a downward variance from the applicable Guidelines range.

However, the Memorandum must explain several unconventional aspects of this case, namely: (1) that the obstacles Mr. Horwitz has overcome and the good that he has done demonstrate Mr. Horwitz is an upstanding man who was hindered by mental health issues that were a substantial cause of the offense; and (2) the Guidelines (intended) loss in this case of approximately $230 million is nearly four times the actual loss of approximately $60 million suffered by the victims. The Memorandum must also consider more traditional sentencing factors such as the

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CR-00214-MCS-1

VP/#54552401.2

- 4 -

DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXCEED PAGE LIMIT

unfair collateral damage to Mr. Horwitz's young children, his lack of criminal record, and his deep remorse.

Defendant's Memorandum is presently due on Monday, January 31, 2022. Without the requested page extension, Mr. Horwitz will be unduly prejudiced because he will not be able to brief adequately the complex factual and legal issues involved in his Memorandum. Mr. Horwitz has drafted his Memorandum and has discovered that he requires nearly 40 pages to effectively brief his sentencing arguments. Therefore, good cause exists for this Court to grant Mr. Horwitz's application for an order allowing the Memorandum to be up to 40 pages in length.

### III. **CONCLUSION**

For the foregoing reasons, Mr. Horwitz respectfully requests that this Court issue an Order extending the page limit for Defendant's Memorandum to 40 pages.

Dated: January 27, 2022

VEDDER PRICE (CA), LLP

By: /s/ Anthony Pacheco
Anthony Pacheco
Ryan S. Hedges
Maura Riley

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

CR-00214-MCS-1

- 5 -

DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXCEED PAGE LIMIT

VP/#54552401.2

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                              /s/ Anthony Pacheco
                                              Anthony Pacheco