Anthony Pacheco, Bar No. 128277
apacheco@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
Maura Riley, Bar No. 319826
mriley@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>Defendant. | Case No. CR-00214-MCS-1<br><br>**DECLARATION OF ANTHONY PACHECO IN SUPPORT OF DEFENDANT ZACHARY JOSEPH HORWITZ'S *EX PARTE* APPLICATION FOR AN ORDER TO EXCEED THE PAGE LIMITATION FOR DEFENDANT'S SENTENCING MEMORANDUM**<br><br>[*Filed Concurrently with* Ex Parte *Application; (Proposed) Order*]<br><br>Honorable Mark C. Scarsi<br><br><u>Sentencing Papers Due</u>: Jan. 31, 2022<br><u>Sentencing Date</u>:         Feb. 14, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF ANTHONY PACHECO ISO *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT
VP/#54553045.1

# DECLARATION OF ANTHONY PACHECO

I, Anthony Pacheco, declare as follows:

1. I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am employed as an attorney at the law firm of Vedder Price (CA), LLP, and counsel of record for Defendant Zachary Joseph Horwitz ("Mr. Horwitz") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. I make this declaration in support of Mr. Horwitz's ex parte application for an Order permitting Defendant to exceed the 25 page limitation for his Sentencing Memorandum (the "Memorandum"), as set forth by Local Rule 11-6.

3. On January 26, 2022, I provided proper notice of this Application pursuant to L.R. 7-19.1 by advising counsel for the government, AUSA Alexander B. Schwab ("AUSA Schwab"), via phone call that Mr. Horwitz intended to move this Court *ex parte* for an order permitting Defendant to exceed the 25 page limit for his Memorandum. AUSA Schwab advised that he would not take a position regarding the Application and will not file an opposition.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed on this 27th day of January 2022, at Los Angeles, California.

   /s/ Anthony Pacheco
Anthony Pacheco

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                        /s/ Anthony Pacheco
                                          Anthony Pacheco