TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/4586
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov
                david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S SUBMISSION OF VICTIM IMPACT STATEMENTS AND INTERVIEW REPORTS; EXHIBITS 1-20 FILED UNDER SEAL |
| v. | |
| ZACHARY JOSEPH HORWITZ, | Hearing Date: 02-14-2022 |
| Defendant. | Hearing Time: 3:00 p.m.<br>Location:     Courtroom of the<br>              Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Alexander B. Schwab and David H. Chao, hereby submits the attached Victim Impact Statements and victim interview reports (see Exhibits 1-20, to be filed under seal) in accordance with the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771(a)(4) (providing crime victims the "right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding"). See

also Kenna v. District Court, 435 F.3d 1011 at 1013-1017 (9th Cir. 2006) (holding that victims have an "indefeasible right to speak" or submit written statements at sentencing under the CVRA).  The attached Victim Impact Statements and interview reports were previously disclosed to defense counsel and to the U.S. Probation Office.

The government submits these victim impact statements and interview reports in connection with the sentencing hearing for defendant ZACHARY JOSEPH HORWITZ, which is set for February 14, 2022 at 3:00 p.m.

Dated: January 28, 2022　　　　　Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　　　　/s/
ALEXANDER B. SCHWAB
DAVID H. CHAO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**EXHIBITS 1-20**
**FILED UNDER SEAL**