Anthony Pacheco, Bar No. 128277
apacheco@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
Maura Riley, Bar No. 319826
mriley@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>        Defendant. | Case No. 2:21-cr-00214-MCS-1<br><br>**ORDER GRANTING DEFENDANT ZACHARY JOSEPH HORWITZ'S EX PARTE APPLICATION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF APPLICABLE PAGE LIMIT (ECF No. 52)**<br><br>[*Filed Concurrently with* Ex Parte *Application*; *Declaration of Anthony Pacheco*]<br><br>Honorable Mark C. Scarsi<br><br><u>Sentencing Papers Due</u>: Jan. 31, 2022<br><u>Sentencing Date</u>:         Feb. 14, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#54553113.1

[PROPOSED] ORDER RE: DEFENDANT'S
EX PARTE APPLICATION
TO EXCEED PAGE LIMIT

The Court having read and considered Defendant's *Ex Parte* Application for an Order to Exceed the Page Limitation for Defendant's Sentencing Memorandum; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

Petitioner may file a Sentencing Memorandum up to 40 pages in length. This page limit does not include exhibits.

IT IS SO ORDERED.

Dated: January 28, 2022        By: *Mark C. Scarsi*
                                   The Honorable Mark C. Scarsi

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#54553113.1

- 2 -

[PROPOSED] ORDER RE: DEFENDANT'S
EX PARTE APPLICATION
TO EXCEED PAGE LIMIT