TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-1259/4586
        Facsimile: (213) 894-0141
        E-mail:    alexander.schwab@usdoj.gov
                   david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS 1-20 TO THE GOVERNMENT'S SUBMISSION OF VICTIM IMPACT STATEMENTS AND INTERVIEW REPORTS; DECLARATION OF DAVID CHAO; [PROPOSED] ORDER |
| v. | |
| ZACHARY JOSEPH HORWITZ, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys Alexander B. Schwab
and David H. Chao, hereby applies ex parte for an order that Exhibits
1-20, attached to the Government's Submission of Victim Impact
Statements and Interview Reports in the above-captioned case, be
sealed.  Defense counsel has stated that he has no objection.

//

//

1    This ex parte application is based upon the attached declaration

2  of David Chao.

3  Dated: January 28, 2022          Respectfully submitted,

4                                   TRACY L. WILKISON
                                    United States Attorney
5
                                    SCOTT M. GARRINGER
6                                   Assistant United States Attorney
                                    Chief, Criminal Division
7

8                                   _____/s/_____
                                    ALEXANDER B. SCHWAB
9                                   DAVID H. CHAO
                                    Assistant United States Attorneys
10
                                    Attorneys for Plaintiff
11                                  UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF DAVID H. CHAO

I, David H. Chao, declare as follows:

    1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the above-captioned case.

    2.   The government respectfully requests that the Court seal Exhibits 1-20 attached to the Government's Submission of Victim Impact Statements and Interview Reports.  (CR 53.)  These statements and reports, which comprise Exhibits 1-20, contain personally identifying information for the victims, including full names, addresses, and/or other contact information, as well as highly sensitive information regarding the impact of defendant's fraud on their financial, emotional, social, and psychological condition.  The government therefore respectfully requests that the Victim Impact Statements and interview reports contained in Exhibits 1-20 be filed under seal to protect the victims' privacy.  The government has already provided a copy of the Victim Impact Statements and reports to defense counsel and to the United States Probation Office.

//
//
//
//
//
//
//
//
//
//

3.   On or about January 26, 2022, I asked counsel for defendant ZACHARY JOSEPH HORWITZ, Anthony Pacheco, if he objected to the government filing the above-referenced materials under seal, and he stated he had no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 28, 2022.

_____
DAVID H. CHAO