TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/4586
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov
                david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
| Plaintiff, | [PROPOSED] ORDER SEALING EXHIBITS 1-20 TO THE GOVERNMENT'S SUBMISSION OF VICTIM IMPACT STATEMENTS AND INTERVIEW REPORTS |
| v. | |
| ZACHARY JOSEPH HORWITZ, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealing is GRANTED. Exhibits 1-20 to the Government's Submission of Victim Impact Statements and Interview Reports shall be sealed.

January 28, 2022
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the Clerk's public docket.

_____     _____
DATE                            HONORABLE MARK C. SCARSI
                                UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
DAVID H. CHAO
Assistant United States Attorney