Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Maura Riley (SBN 319826)
mriley@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>Defendant. | Case No. CR-00214-MCS-1<br><br>**DEFENDANT ZACHARY JOSEPH HORWITZ'S <u>UNOPPOSED</u> *EX PARTE* APPLICATION TO FILE DEFENDANT'S SENTENCING PAPERS UNDER SEAL**<br><br>Honorable Mark C. Scarsi<br><br><u>Sentencing Date</u>: Feb. 14, 2022<br><u>Sentencing Time</u>: 3:00 p.m. |

Defendant, Zachary Joseph Horwitz ("Mr. Horwitz"), by and through the undersigned counsel, respectfully requests that Mr. Horwitz be permitted to file Defendant's enclosed Sentencing Memorandum, Objection To Presentence Investigation Report Restitution Calculation ("Objection"), and all supporting exhibits under seal. These documents are concurrently lodged with the Court pending the Court's decision on this *ex parte* application.

## I. THIS APPLICATION IS UNOPPOSED

In accordance with Local Rule 7-19, the contact information for counsel for the government is as follows:

> Alexander B. Schwab
> Assistant United States Attorney
> 1100 United States Courthouse
> Los Angeles, CA 90012
> 213.894.1259
> Alexander.Schwab@usdoj.gov

On January 26, 2022, and pursuant to this Court's Standing Order, Paragraph D, Defendant's counsel, Anthony Pacheco, and the Assistant United States Attorney in this matter, Alexander B. Schwab ("AUSA Schwab"), met and conferred over the phone. (Declaration of Anthony Pacheco ("Pacheco Decl.")) Mr. Pacheco informed AUSA Schwab that Mr. Horwitz intended to apply *ex parte* to file Defendant's sentencing position papers under seal with this Court. AUSA Schwab confirmed that the government does not object to filing Defendant's sentencing position papers under seal.

## II. BASIS FOR FILING UNDER SEAL

Mr. Horwitz requests to file under seal Defendant's Sentencing Memorandum and Related Exhibits. The stated documents require sealing because the memorandum and the related exhibits contain: (1) medical information that may be subject to various federal laws protecting the privacy of medical records, including provisions of the Health Insurance Portability & Accountability Act of

1996 ("HIPPA"), Pub. L. 104-19; the Privacy Act, 5 U.S.C. § 552a; 45 C.F.R. §§ 164.102-164.534; and 42 U.S.C. § 1306; (2) detailed and sensitive financial information about the victims and their businesses, including detailed financial reports; (3) sensitive background information about Mr. Horwitz; (4) private information about Mr. Horwitz's personal and family dealings and relationships; and (5) information and documents which may contain personal identifying information of the victim or third parties and information that falls within the scope of the Privacy Act, 5 U.S.C. § 552a.

### III. PROPOSED DOCUMENTS TO BE FILED UNDER SEAL

With this application, Mr. Horwitz asks that the Court file the following documents under seal:

1. Defendant's Sentencing Memorandum;
2. Exhibits in Support of Defendant's Sentencing Memorandum;
3. Defendant's Objection to Presentence Investigation Report Restitution Calculation and its single supporting exhibit.

If this Court denies this application, the undersigned counsel will retrieve the chambers copy of the documents and will file the documents for public view and consideration by the Court with redactions pursuant to Federal Rule of Criminal Procedure 49.1(a) and Local Court Rule 49-1.1.

Mr. Horwitz respectfully requests that the Court grant this application.

Dated: January 31, 2022

VEDDER PRICE (CA), LLP

By: /s/ Anthony Pacheco
Anthony Pacheco
Ryan S. Hedges
Maura Riley

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                    /s/ Anthony Pacheco
                                                       Anthony Pacheco