Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Ryan S. Hedges (SBN 217617)
rhedges@vedderprice.com
Maura Riley (SBN 319826)
mriley@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
ZACHARY JOSEPH HORWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ZACHARY JOSEPH HORWITZ,<br><br>        Defendant. | Case No. CR-00214-MCS-1<br><br>**DECLARATION OF ANTHONY PACHECO IN SUPPORT OF DEFENDANT ZACHARY JOSEPH HORWITZ'S UNOPPOSED *EX PARTE* APPLICATION TO FILE DEFENDANT'S SENTENCING PAPERS UNDER SEAL**<br><br>*[Filed concurrently with Application to File Under Seal, and [Proposed] Order]*<br><br>Honorable Mark C. Scarsi<br><br><u>Sentencing Date:</u>   Feb. 14, 2022<br><u>Sentencing Time:</u>   3:00 p.m. |

# DECLARATION OF ANTHONY PACHECO

I, Anthony Pacheco, declare pursuant to 28 U.S.C. § 1726 as follows:

1. I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am employed as an attorney at the law firm of Vedder Price (CA), LLP, and counsel of record for Defendant Zachary Joseph Horwitz ("Mr. Horwitz") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. The documents I wish to file with this Court under seal are lodged concurrently with this *ex parte* application, including:

    a. Defendant's Sentencing Memorandum;

    b. Exhibits in Support of Defendant's Sentencing Memorandum;

    c. Defendant's Objection to Presentence Investigation Report Restitution Calculation and its single supporting exhibit.

3. These documents include protected and/or confidential health, financial, and personal information about Mr. Horwitz, his family, and his victims.

4. On January 26, 2022, I called government counsel listed below regarding this *ex parte* application:

    Alexander B. Schwab
    Assistant United States Attorney
    1100 United States Courthouse
    Los Angeles, CA 90012
    213.894.1259
    Alexander.Schwab@usdoj.gov

///
///
///
///

5. We discussed the filing of this application and the sealing of the referenced documents. The government's counsel does not oppose Defendant's request to file his sentencing papers under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed this 31st day of January 2022 in Los Angeles, California.

By: _____
Anthony Pacheco

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                        /s/ Anthony Pacheco
                          Anthony Pacheco