```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
 4  DAVID H. CHAO (Cal. Bar No. 273953)
    Assistant United States Attorneys
 5  Major Frauds Section
         1100 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-1259/4586
         Facsimile: (213) 894-0141
 8       E-mail:    alexander.schwab@usdoj.gov
                    david.chao@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

11                  UNITED STATES DISTRICT COURT

12                FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  | UNITED STATES OF AMERICA, | No. CR 21-214-MCS |
14  | Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM; DECLARATION OF DAVID CHAO; [PROPOSED] ORDER |
15  | v. | |
16  | ZACHARY JOSEPH HORWITZ, | |
17  | Defendant. | |

18       Plaintiff United States of America, by and through its counsel
19  of record, the United States Attorney for the Central District of
20  California and Assistant United States Attorneys Alexander B. Schwab
21  and David H. Chao, hereby applies ex parte for an order that the
22  government's response to defendant Zachary Joseph Horwitz's
23  sentencing memorandum in the above-captioned case, be sealed.
24  Defense counsel has stated that he has no objection.
25  //
26  //
27
28

This ex parte application is based upon the attached declaration of David Chao.

Dated: February 7, 2022           Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                       /s/
                                  ALEXANDER B. SCHWAB
                                  DAVID H. CHAO
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**DECLARATION OF DAVID H. CHAO**

I, David H. Chao, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the above-captioned case.

2.  The government respectfully requests that the Court seal government's response to defendant Zachary Joseph Horwitz's sentencing memorandum.  The government's response references statements and information contained in the psychological report of Dr. Jeffrey W. Whiting, which defense counsel believes is confidential protected health information concerning defendant and wishes to be kept under seal.  At the request of the defense, the government respectfully requests that the government's response be filed under seal.  The government has provided a copy of its response to defense counsel and to the United States Probation Office.

3.  I have communicated with defendant's attorney, Anthony Pacheco, who does not oppose filing the government's response under seal.

4.  Should the Court deny this application, the government defers to the Court as to whether the document shall be filed on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 7, 2022.

*/s/ David H. Chao*
DAVID H. CHAO