UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____Amended_____ )

Case No.: 2:21-cr-00214-MCS-1   Date: February 14, 2022

Present: The Honorable: Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Anne Kielwasser | David H. Chao / Alexander Baier Schwartz |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Zachary Joseph Horwitz | | X | Ryan S. Hedges | X | | | N/A |
| | | | Anthony Pacheco | | | X | |

PROCEEDINGS: SENTENCING AND JUDGMENT  [ ] Contested  [X] Non-Evidentiary
Day \_\_\_ (if continued from a prior hearing date)

[ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  X  Refer to separate Judgment Order.
[ ] Imprisonment for\_\_\_ years/months on each of count(s)_____
   Count(s) _____ concurrent/consecutive to count(s)_____
[ ] Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
[ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
[ ] Confined in jail-type institution for_____ to be served on consecutive days/weekends commencing _____
[ ] \_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   [ ] Perform \_\_\_\_\_ hours of community service.  [ ] Pay _____ fine amounts & times determined by P/O.
   [ ] Serve \_\_\_\_\_ in a CCC/CTC.  [ ] Make $_____ restitution in amounts & times determined by PO.
   [ ] Participate in a program for treatment of narcotic/alcohol addiction.
   [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   [ ] Other conditions: _____
[ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
[ ] Pay $_____ per count, special assessment to the United States for a total of $_____
[ ] Imprisonment for\_\_\_ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within \_\_\_ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
[ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[ ] Defendant informed of right to appeal.
[ ] ORDER sentencing transcript for Sentencing Commission.  [ ] Processed statement of reasons
[ ] Bond Exonerated  [ ] upon surrender  [ ] upon service of_____
[ ] Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
[ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
[ ] Issued Remand/Release #_____
[ ] Present bond to continue as bond on appeal.  [ ] Appeal bond set at $_____
[ ] Filed and distributed judgment. ENTERED.
[X] Other  Three victims address the Court.

cc:

1 : 20
Initials of Deputy Clerk  SMO